FILED
United States Court of Appeals
Tenth Circuit

April 28, 2021

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

JOSEPH M. UMAN,

    Defendant - Appellant.

No. 20-3004
(D.C. No. 2:06-CR-20122-KHV-JPO-1)
(D. Kan.)

_____

## ORDER AND JUDGMENT[*]

_____

Before **MATHESON**, **BACHARACH**, and **PHILLIPS**, Circuit Judges.[**]

_____

This matter is before the court on the "Joint Motion for Summary

Disposition/Affirmance." The parties jointly move for summary affirmance of the

district court's judgment based on this court's recent published decision in United

States v. Salazar, 987 F.3d 1248 (10th Cir. 2021), *en banc reh'g denied* Apr. 12,

2021. The parties acknowledge that this court's decision in Salazar resolves

Defendant-Appellant Uman's appeal in the government's favor, but the parties note

_____

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

[**] Because this matter is being decided on a joint motion for summary affirmance, the panel has determined unanimously that oral argument would not materially assist in the determination of this appeal. *See* Fed. R. App. P. 34(f); 10th Cir. R. 34.1(G). The case is therefore submitted without oral argument.

that Mr. Uman preserves the issue on appeal for review in the United States Supreme Court.

Accordingly, the joint motion for summary affirmance is GRANTED. Based on this court's decision in <u>Salazar</u>, the judgment of the district court is AFFIRMED.

The Clerk is directed to issue the mandate forthwith.

Entered for the Court


Per Curiam